# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| KELLY, JAMES J III | § | Case No. 04-46862 DRC |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter    of the United States Bankruptcy Code was filed on
.   The undersigned trustee was appointed on                .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

Funds were disbursed in the following amounts:

Payments made under an interim
disbursement
Administrative expenses
Bank service fees
Other payments to creditors
Non-estate funds paid to 3rd Parties
Exemptions paid to the debtor
Other payments to the debtor

Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) (Page: 1)

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/GINA B. KROL_____
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

Page: 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

| Case No: | 04-46862 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | KELLY, JAMES J III | | | Date Filed (f) or Converted (c): | 12/21/04 (f) |
| | | | | 341(a) Meeting Date: | 02/08/05 |
| For Period Ending: | 03/10/15 | | | Claims Bar Date: | 06/21/06 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | Real estate | 400,000.00 | 0.00 | | 0.00 | FA |
| 2. | BANK ACCONTS | 410.72 | 0.00 | | 0.00 | FA |
| 3. | Household Goods | 3,000.00 | 1,500.00 | | 1,500.00 | FA |
| 4. | MUTUAL FUNDS | 2,014.00 | 0.00 | | 0.00 | FA |
| 5. | Stock | 225,740.00 | 100,000.00 | | 100,000.00 | FA |
| | Trustee investigating potential value net of tax consequence | | | | | |
| 6. | Partnership | 960,238.00 | 50,000.00 | | 50,000.00 | FA |
| | Trustee investigating potential value of these entities. Liens are claimed by Debtor's father | | | | | |
| 7. | Life Insurance | Unknown | 0.00 | | 0.00 | FA |
| 8. | VEHICLE | 12,000.00 | 0.00 | | 2,800.00 | FA |
| 9. | WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. | Watch | 150.00 | 150.00 | | 150.00 | FA |
| 11. | TAX REFUND (u) | Unknown | 2,692.13 | | 2,692.13 | FA |
| 12. | Possible Post Petition Bonus | Unknown | 0.00 | | 0.00 | FA |
| INT. | Post-Petition Interest Deposits (u) | Unknown | N/A | | 88.58 | Unknown |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,604,552.72 | $154,342.13 | $157,230.71 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is still trying to obtain compliance from former partners with court order regarding tax returns.

October 16, 2014, 01:43 pm

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 04-46862    DRC    Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | KELLY, JAMES J III | Date Filed (f) or Converted (c): | 12/21/04 (f) |
| | | 341(a) Meeting Date: | 02/08/05 |
| | | Claims Bar Date: | 06/21/06 |

Trustee has liquidated all assets. Trustee needs to obtain tax returns from Debtor's former partners and can proceed to
close case.January 16, 2014, 12:54 pm

Initial Projected Date of Final Report (TFR): 12/31/06        Current Projected Date of Final Report (TFR): 06/30/15

/s/    GINA B. KROL

_____ Date: 03/10/15

GINA B. KROL

FORM 2                                                                                                                                Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 04-46862 -DRC |
| Case Name: | KELLY, JAMES J III |
| Taxpayer ID No: | *******0144 |
| For Period Ending: | 03/10/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0121  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 10,055.53 | | 10,055.53 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.20 | 10,049.33 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.40 | 10,042.93 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.19 | 10,036.74 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.39 | 10,030.35 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.91 | 10,015.44 |
| 02/13/13 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 8.68 | 10,006.76 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.45 | 9,993.31 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.86 | 9,978.45 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.36 | 9,964.09 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.81 | 9,949.28 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.31 | 9,934.97 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.77 | 9,920.20 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.75 | 9,905.45 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.25 | 9,891.20 |
| 11/04/13 | 5 | John Lehman | Balance of Settlement from Stock | 1129-000 | 50,000.00 | | 59,891.20 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.71 | 59,876.49 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 78.94 | 59,797.55 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 88.90 | 59,708.65 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 88.77 | 59,619.88 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 80.06 | 59,539.82 |
| 04/01/14 | 030002 | International Sureties Ltd. | BOND | 2300-000 | | 52.48 | 59,487.34 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 88.52 | 59,398.82 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 85.48 | 59,313.34 |

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 04-46862 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | KELLY, JAMES J III | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0121 Checking Account |
| Taxpayer ID No: | *******0144 | | |
| For Period Ending: | 03/10/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 88.18 | 59,225.16 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 85.21 | 59,139.95 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 87.93 | 59,052.02 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 87.79 | 58,964.23 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 84.84 | 58,879.39 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 87.54 | 58,791.85 |
| 11/19/14 | 030003 | Alan D. Lasko<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Accountant Fees per Court Order | 3410-000 | | 5,876.40 | 52,915.45 |
| 11/19/14 | 030004 | Alan D. Lasko<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Accountant Expenes per Court Order | 3420-000 | | 41.23 | 52,874.22 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 83.74 | 52,790.48 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 78.48 | 52,712.00 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 78.37 | 52,633.63 |
| 02/10/15 | 030005 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY 10165 | | 2300-000 | | 30.08 | 52,603.55 |

LFORM2T4

Ver: 18.04

Page:   3

**Exhibit B**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-46862  -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | KELLY, JAMES J III | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0121  Checking Account |
| Taxpayer ID No: | *******0144 | | |
| For Period Ending: | 03/10/15 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Account | *******0121 | Balance Forward | 0.00 | | | |
| | 1 | Deposits | 50,000.00 | 5 | Checks | 6,008.87 |
| | 0 | Interest Postings | 0.00 | 29 | Adjustments Out | 1,443.11 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $  50,000.00 | | | |
| | | | | | Total | $   7,451.98 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 10,055.53 | | | |
| | | Total | $  60,055.53 | | | |

Ver: 18.04

LFORM2T4

FORM 2                                                                                                      Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 04-46862 -DRC | |
| Case Name: | KELLY, JAMES J III | |
| | | |
| Taxpayer ID No: | *******0144 | |
| For Period Ending: | 03/10/15 | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4192  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 10/02/06 | 3, 8, 10 | James Kelly 120 S. Deerpath Barrington, IL  60010 | Sale of Property | 1129-003 | 4,450.00 | | 4,450.00 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 1.20 | | 4,451.20 |
| * 11/06/06 | 3, 8, 10 | James Kelly 120 S. Deerpath Barrington, IL  60010 | Sale of Property Replaces personal check for purchase of non-exempt property | 1129-003 | -4,450.00 | | 1.20 |
| 11/06/06 | 3, 8, 10 | James Kelly 120 S. Deerpath Barrington, IL  60010 | Sale of Property | 1129-000 | 4,450.00 | | 4,451.20 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 2.80 | | 4,454.00 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 3.78 | | 4,457.78 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 3.79 | | 4,461.57 |
| 02/15/07 | 000301 | International Sureties, Ltd. Suite 500 203 Carondelet Street New Orleans, LA  70130 | BOND BOND | 2300-000 | | 3.44 | 4,458.13 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 3.42 | | 4,461.55 |
| 03/19/07 | 11 | Internal Revenue Service | 2003 Tax Refund | 1224-000 | 566.18 | | 5,027.73 |
| 03/19/07 | | Internal Revenue Service | 2005 Tax Refund | 1224-000 | 11,335.62 | | 16,363.35 |
| 03/22/07 | 000302 | Internal Revenue Service | Return of Post-Petition Tax Refund | 1224-000 | -11,335.62 | | 5,027.73 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.37 | | 5,035.10 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.39 | | 5,040.49 |
| 05/30/07 | 11 | State of Illinois Department of Revenue | 2004 Income Tax Refund | 1224-000 | 2,125.95 | | 7,166.44 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.28 | | 7,170.72 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.71 | | 7,176.43 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.10 | | 7,182.53 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.10 | | 7,188.63 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 4.57 | | 7,193.20 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

LFORM2T4

Ver: 18.04

FORM 2   Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 04-46862 -DRC |
| Case Name: | KELLY, JAMES J III |
| | |
| Taxpayer ID No: | *******0144 |
| For Period Ending: | 03/10/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4192  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 4.59 | | 7,197.79 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 3.85 | | 7,201.64 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 3.44 | | 7,205.08 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 2.85 | | 7,207.93 |
| 02/11/08 | 000303 | International Sureties, Ltd. | BOND | 2300-000 | | 6.78 | 7,201.15 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 1.71 | | 7,202.86 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.70 | | 7,204.56 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.48 | | 7,206.04 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.91 | | 7,206.95 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.90 | | 7,207.85 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.92 | | 7,208.77 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.91 | | 7,209.68 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.90 | | 7,210.58 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.70 | | 7,211.28 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.58 | | 7,211.86 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.37 | | 7,212.23 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,212.29 |
| 02/17/09 | 000304 | International Sureties Ltd. | BOND | 2300-000 | | 5.62 | 7,206.67 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,206.73 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,206.79 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 7,206.95 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,207.13 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,207.31 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,207.49 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,207.67 |

FORM 2

Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 04-46862 -DRC |
| Case Name: | KELLY, JAMES J III |
| | |
| Taxpayer ID No: | *******0144 |
| For Period Ending: | 03/10/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4192  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,207.85 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,208.03 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,208.21 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,208.39 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,208.57 |
| 02/09/10 | 000305 | International Sureties Ltd. | BOND | 2300-000 | | 5.35 | 7,203.22 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 7,203.39 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.19 | | 7,203.58 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,203.76 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,203.94 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.19 | | 7,204.13 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,204.31 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.19 | | 7,204.50 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,204.68 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,204.86 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,205.04 |
| 12/20/10 | 6 | John Lehman | Sale of Stock | 1129-000 | 50,000.00 | | 57,205.04 |
| | | | Initial payment on settlement agreement purchasing estate's minority interests in various corporate entities | | | | |
| 12/29/10 | 000306 | DiMonte & Lizak, LLC | Attorney's fees per court order | 3210-000 | | 17,500.00 | 39,705.04 |
| | | 216 W. Higgins Rd. | | | | | |
| | | Park Ridge, IL 60068 | | | | | |
| 12/29/10 | 000307 | DiMonte & Lizak, LLC | Attorney's expenses per court order | 3220-000 | | 100.60 | 39,604.44 |
| | | 216 W. Higgins Rd. | | | | | |
| | | Park Ridge, IL 60068 | | | | | |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 0.83 | | 39,605.27 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.15 | | 39,606.42 |

FORM 2

Page:   7

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 04-46862 -DRC |
| Case Name: | KELLY, JAMES J III |
| | |
| Taxpayer ID No: | *******0144 |
| For Period Ending: | 03/10/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4192  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 02/07/11 | 000308 | International Sureties Ltd. | BOND | 2300-000 | | 33.60 | 39,572.82 |
| | | | Suite 420 | BOND | | | | |
| | | | 701 Poydras Street | | | | | |
| | | | New Orleans, LA 70139 | | | | | |
| | 02/21/11 | 000309 | Larry Anderson | Partial Payment on Secured Claim | 4220-000 | | 25,000.00 | 14,572.82 |
| | | | c/o Ms. Karen Goodman | | | | | |
| | | | SHEFSKY & FORELICH, LTD. | | | | | |
| | | | 111 E. Wacker Drive, Suite 2800 | | | | | |
| | | | Chicago, IL 60601 | | | | | |
| | 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.28 | | 14,573.10 |
| | 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 14,573.22 |
| | 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 14,573.34 |
| | 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 14,573.47 |
| | 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 14,573.59 |
| | 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 14,573.71 |
| | 08/15/11 | 5 | The Maclyn Group | Sale of Stock | 1129-000 | 50,000.00 | | 64,573.71 |
| | | | | 2nd installment payment on settlement agreement to | | | | |
| | | | | purchase minority interest in various entities | | | | |
| | 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.32 | | 64,574.03 |
| * | 09/12/11 | 000310 | Alan D. Lasko | Accountant's fees per court order | 3410-003 | | 6,825.50 | 57,748.53 |
| | | | 29 S. LaSalle St. | | | | | |
| | | | Suite 1240 | | | | | |
| | | | Chicago, IL 60603 | | | | | |
| * | 09/12/11 | 000310 | Alan D. Lasko | Accountant's fees per court order | 3410-003 | | -6,825.50 | 64,574.03 |
| | | | 29 S. LaSalle St. | wrong amount | | | | |
| | | | Suite 1240 | | | | | |
| | | | Chicago, IL 60603 | | | | | |
| * | 09/12/11 | 000311 | Alan D. Lasko | Accountant's expenses per court ord | 3410-003 | | 22.50 | 64,551.53 |
| | | | 29 S. LaSalle St. | | | | | |
| | | | Suite 1240 | | | | | |
| | | | Chicago, IL 60603 | | | | | |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 11)*

LFORM2T4

Ver: 18.04

FORM 2

Page: 8

Exhibit B

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-46862 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | KELLY, JAMES J III | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4192  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0144 | | | |
| For Period Ending: | 03/10/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 09/12/11 | 000311 | Alan D. Lasko<br>29 S. LaSalle St.<br>Suite 1240<br>Chicago, IL 60603 | Accountant's expenses per court ord<br>wrong amount | 3410-003 | | -22.50 | 64,574.03 |
| 09/12/11 | 000312 | Larry Anderson<br>c/o Ms. Karen Goodman<br>SHEFSKY & FORELICH, LTD.<br>111 E. Wacker Drive, Suite 2800<br>Chicago, IL 60601 | Final Payment on Secured Claim | 4220-000 | | 30,000.00 | 34,574.03 |
| 09/12/11 | 000313 | Alan D. Lasko<br>29 S. LaSalle St.<br>Suite 1240<br>Chicago, IL 60603 | Accountant's fees per court order | 3410-000 | | 24,371.79 | 10,202.24 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.36 | | 10,202.60 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,202.69 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.00 | 10,189.69 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,189.77 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.56 | 10,177.21 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,177.29 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.55 | 10,164.74 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,164.83 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.33 | 10,151.50 |
| 02/06/12 | 000314 | International Sureties<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA  70139 | BOND<br>BOND | 2300-000 | | 9.16 | 10,142.34 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,142.42 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.06 | 10,130.36 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,130.44 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.46 | 10,117.98 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,118.07 |

FORM 2                                                                                    Page:    9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                            Exhibit B

| Case No: | 04-46862 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | KELLY, JAMES J III | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4192  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0144 | | | |
| For Period Ending: | 03/10/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.85 | 10,105.22 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,105.31 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.84 | 10,092.47 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,092.55 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.00 | 10,080.55 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,080.64 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.22 | 10,067.42 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 10,067.50 |
| 08/30/12 | | BANK OF AMERICA, N.A.  901 MAIN STREET  9TH FLOOR  DALLAS, TX  75283 | BANK FEES | 2600-000 | | 11.97 | 10,055.53 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 10,055.53 | 0.00 |

| Account   *******4192 | | | | | |
|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | |
| 8 | Deposits | 107,142.13 | 16 | Checks | 97,036.34 |
| 71 | Interest Postings | 88.58 | 11 | Adjustments Out | 138.84 |
| | | | 1 | Transfers Out | 10,055.53 |
| | Subtotal | $ 107,230.71 | | | |
| | | | | Total | $ 107,230.71 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 107,230.71 | | | |

FORM 2

Page: 10

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 04-46862  -DRC |
| Case Name: | KELLY, JAMES J III |
| | |
| Taxpayer ID No: | *******0144 |
| For Period Ending: | 03/10/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4192  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | Report Totals | | | | | | |
|---|---|---|---|---|---|---|---|
| | Balance Forward | | 0.00 | | | | |
| 9 | Deposits | | 157,142.13 | | 21 | Checks | 103,045.21 |
| 71 | Interest Postings | | 88.58 | | 40 | Adjustments Out | 1,581.95 |
| | | | | | 1 | Transfers Out | 10,055.53 |
| | Subtotal | $ | 157,230.71 | | | Total | $  114,682.69 |
| 0 | Adjustments In | | 0.00 | | | | |
| 1 | Transfers In | | 10,055.53 | | | | |
| | Total | $ | 167,286.24 | | | Net Total Balance | $  52,603.55 |

/s/   GINA B. KROL

Trustee's Signature: _____   Date: 03/10/15
                     GINA B. KROL

**UST Form 101-7-TFR (5/1/2011)** *(Page: 14)*

LFORM2T4

Ver: 18.04

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 1

Date: March 24, 2015

Case Number: 04-46862
Debtor Name: KELLY, JAMES J III

Priority Sequence

Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001 2700-00 | Clerk of US Bankruptcy Court 219 S. Dearborn St. 7th Floor Chicago, IL 60604 | Administrative | | $0.00 | $250.00 | $250.00 |
| 001 3110-00 | Cohen & Krol 105 W. Madison St., Ste. 1100 Chicago, IL 60602 | Administrative | | $0.00 | $20,012.00 | $20,012.00 |
| 001 3120-00 | Cohen & Krol 105 W. Madison St., Ste. 1100 Chicago, IL 60602 | Administrative | | $0.00 | $248.40 | $248.40 |
| 001 3410-00 | Alan Lasko LASKO & ASSOCIATES 29 S. La Salle Street Suite 1240 Chicago, IL 60603 | Administrative | | $0.00 | $700.00 | $700.00 |
| 001 3420-00 | Alan Lasko LASKO & ASSOCIATES 29 S. La Salle Street Suite 1240 Chicago, IL 60603 | Administrative | | $0.00 | $59.00 | $59.00 |
| 001 2100-00 | Gina B. Krol 105 W. Madison St. Ste. 1100 Chicago, IL 60602 | Administrative | | $0.00 | $11,111.54 | $11,111.54 |
| 000007B 001 4300-00 | Department of the Treasury-Internal Revenue Service Centralized Insolvency Operations P O Box 21126 Philadelphia, PA 19114 | Secured | | $0.00 | $10,055.05 | $10,055.05 |
| 000004A 040 5800-00 | Illinois Department of Revenue 100 W. Randolph Bankruptcy Section-Level 7-425 Chicago, IL 60601 | Priority | | $0.00 | $23,033.00 | $23,033.00 |
| 000007A 040 5800-00 | Department of the Treasury-Internal Revenue Service Centralized Insolvency Operations P O Box 21126 Philadelphia, PA 19114 | Priority | | $0.00 | $47,308.00 | $47,308.00 |
| 000012A 040 5800-00 | Department of the Treasury-Internal Revenue Service Centralized Insolvency Operations P O Box 21126 Philadelphia, PA 19114 | Priority | | $0.00 | $10,055.05 | $10,055.05 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 2                                                                        Date: March 24, 2015

| Case Number: | 04-46862 | | Priority Sequence | | | |
|---|---|---|---|---|---|---|
| Debtor Name: | KELLY, JAMES J III | | | Joint Debtor: | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000012B 040 5800-00 | Department of the Treasury-Internal Revenue Service Centralized Insolvency Operations P O Box 21126 Philadelphia, PA 19114 | Priority | | $0.00 | $47,308.00 | $47,308.00 |
| 000003A 050 4110-00 | Larry Anderson d/b/a The Jolar Group, Inc c/o Lawrence Rubin,Skefsky & Froelich 111 E Wacker Dr Chicago, IL 60601 | Secured | | $0.00 | $55,000.00 | $55,000.00 |
| 000001 070 7100-00 | Scalambrino & Arnoff Bruce C Scalambrino 33 N LaSalle St, Ste 1210 Chicago, IL 60602 | Unsecured | | $0.00 | $24,377.13 | $24,377.13 |
| 000002 070 7100-00 | James J. Kelly, Jr. James J. Kelly 211 Berwick Drive Hilton Head Island, SC 29926 | Unsecured | | $0.00 | $175,000.00 | $175,000.00 |
| 000003B 070 7100-90 | Larry Anderson d/b/a The Jolar Group, Inc c/o Lawrence Rubin,Skefsky & Froelich 111 E Wacker Dr Chicago, IL 60601 | Unsecured | | $0.00 | $258,174.45 | $258,174.45 |
| 000005 070 7100-00 | Advantage Assets Inc 7322 Southwest Freeway Suite 1600 Houston, TX 77074 | Unsecured | | $0.00 | $4,925.18 | $4,925.18 |
| 000006 070 7100-00 | Hinsbrook Bank 718 Odgen Avenue Downers Grove, IL 60515 | Unsecured | | $0.00 | $1,013,025.26 | $1,013,025.26 |
| 000008 070 7100-00 | Ray Kinney c/o Grochocinski, Grochocinski & Lloyd, 1900 Ravinia Place Orland Park, IL 60462 | Unsecured | | $0.00 | $615,589.00 | $615,589.00 |
| 000009 070 7100-00 | John Lehman c/o Grochocinski, Grochocinski & Lloyd, 1900 Ravinia Place Orland Park, IL 60462 | Unsecured | | $0.00 | $629,589.00 | $629,589.00 |
| 000010 070 7100-00 | Kevin Brahler c/o Grochocinski, Grochocinski & Lloyd, 1900 Ravinia Place | Unsecured | | $0.00 | $625,589.00 | $625,589.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 3

Date: March 24, 2015

Case Number:   04-46862
Debtor Name:   KELLY, JAMES J III

Priority Sequence

Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|------------------------|-------------|-------|-----------|---------|---------|
| | Orland Park, IL 60462 | | | | | |
| 000011 070 7100-00 | Mark Hausmann c/o Grochocinski, Grochocinski & Lloyd, 1900 Ravinia Place Orland Park, IL 60462 | Unsecured | | $0.00 | $82,542.60 | $82,542.60 |
| 000004B 080 7300-00 | Illinois Department of Revenue 100 W. Randolph Bankruptcy Section-Level 7-425 Chicago, IL 60601 | Unsecured | | $0.00 | $6,819.00 | $6,819.00 |
| 000013 080 7200-00 | David Kaminskas c/o Andrew June June, Proedehl & Renzi 1861 Black Road Joliet, IL 60435 | Unsecured | | $0.00 | $90,332.17 | $90,332.17 |
| 000014 080 7200-00 | American Express Travel Related Services Co, Inc c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $0.00 | $7,161.02 | $7,161.02 |
| BOND 999 2300-00 | International Sureties Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | Administrative | | $0.00 | $134.00 | $134.00 |
| | Case Totals: | | | $0.00 | $3,758,397.85 | $3,758,397.85 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 04-46862 DRC
Case Name: KELLY, JAMES J III
Trustee Name: GINA B. KROL

Balance on hand                                         $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|-------------------------|------------------|
| 000003A | Larry Anderson d/b/a The Jolar Group, Inc c/o Lawrence Rubin,Skefsky & Froelich 111 E Wacker Dr Chicago, IL 60601 | $ | $ | $ | $ |
| 000007B | Department of the Treasury-Internal Revenue Service Centralized Insolvency Operations P O Box 21126 Philadelphia, PA 19114 | $ | $ | $ | $ |

Total to be paid to secured creditors          $_____

Remaining Balance                              $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Attorney for Trustee Fees: Cohen & Krol | $ | $ | $ |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Fees: Alan Lasko | $ | $ | $ |
| Charges: Clerk of US Bankruptcy Court | $ | $ | $ |
| Other: International Sureties Ltd. | $ | $ | $ |
| Other: Cohen & Krol | $ | $ | $ |
| Other: Alan Lasko | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance        $_____


Applications for prior chapter fees and administrative expenses have been filed as follows:


NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.


Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004A | Illinois Department of Revenue 100 W. Randolph Bankruptcy Section-Level 7-425 Chicago, IL 60601 | $ | $ | $ |
| 000007A | Department of the Treasury-Internal Revenue Service Centralized Insolvency Operations P O Box 21126 Philadelphia, PA 19114 | $ | $ | $ |

Total to be paid to priority creditors        $_____

Remaining Balance        $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be    percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Scalambrino & Arnoff<br>Bruce C Scalambrino<br>33 N LaSalle St, Ste 1210<br>Chicago, IL 60602 | $ | $ | $ |
| 000002 | James J. Kelly, Jr.<br>James J. Kelly<br>211 Berwick Drive<br>Hilton Head Island, SC 29926 | $ | $ | $ |
| 000003B | Larry Anderson<br>d/b/a The Jolar Group, Inc<br>c/o Lawrence<br>Rubin,Skefsky & Froelich<br>111 E Wacker Dr<br>Chicago, IL 60601 | $ | $ | $ |
| 000005 | Advantage Assets Inc<br>7322 Southwest Freeway<br>Suite 1600<br>Houston, TX 77074 | $ | $ | $ |
| 000006 | Hinsbrook Bank<br>718 Odgen Avenue<br>Downers Grove, IL 60515 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | Ray Kinney c/o Grochocinski, Grochocinski & Lloyd, 1900 Ravinia Place Orland Park, IL 60462 | $ | $ | $ |
| 000009 | John Lehman c/o Grochocinski, Grochocinski & Lloyd, 1900 Ravinia Place Orland Park, IL 60462 | $ | $ | $ |
| 000010 | Kevin Brahler c/o Grochocinski, Grochocinski & Lloyd, 1900 Ravinia Place Orland Park, IL 60462 | $ | $ | $ |
| 000011 | Mark Hausmann c/o Grochocinski, Grochocinski & Lloyd, 1900 Ravinia Place Orland Park, IL 60462 | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | David Kaminskas c/o Andrew June June, Proedehl & Renzi 1861 Black Road Joliet, IL 60435 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | American Express Travel Related Services Co, Inc c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ | $ | $ |

Total to be paid to tardy general unsecured creditors          $_____

Remaining Balance          $_____

 

 

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be          percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004B | Illinois Department of Revenue 100 W. Randolph Bankruptcy Section-Level 7-425 Chicago, IL 60601 | $ | $ | $ |

Total to be paid to subordinated unsecured creditors          $_____

Remaining Balance          $_____