# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KELLY, JAMES J III | § | Case No. 04-46862 DRC |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        KENNETH S. GARDNER
        219 S. Dearborn Street
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 10 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 04/24/2015 in Courtroom 240,
        Kane County Courthouse
        100 S. Third Street
        Geneva, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/06/2015           By: CLERK OF BANKRUPTCY COURT
                                             Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
KELLY, JAMES J III § Case No. 04-46862 DRC
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 157,230.71 |
| and approved disbursements of | $ | 104,627.16 |
| leaving a balance on hand of[1] | $ | 52,603.55 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003A | Larry Anderson d/b/a The Jolar Group, Inc c/o Lawrence Rubin,Skefsky & Froelich 111 E Wacker Dr Chicago, IL 60601 | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000007B | Department of the Treasury-Internal Revenue Service Centralized Insolvency Operations P O Box 21126 Philadelphia, PA 19114 | $ 10,055.05 | $ 10,055.05 | $ 0.00 | $ 10,055.05 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 10,055.05 |
| Remaining Balance | $ 42,548.50 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 11,111.54 | $ 0.00 | $ 11,111.54 |
| Attorney for Trustee Fees: Cohen & Krol | $ 20,012.00 | $ 0.00 | $ 20,012.00 |
| Accountant for Trustee Fees: Alan Lasko | $ 700.00 | $ 0.00 | $ 700.00 |
| Charges: Clerk of US Bankruptcy Court | $ 250.00 | $ 0.00 | $ 250.00 |
| Other: International Sureties Ltd. | $ 134.00 | $ 134.00 | $ 0.00 |
| Other: Cohen & Krol | $ 248.40 | $ 0.00 | $ 248.40 |
| Other: Alan Lasko | $ 59.00 | $ 0.00 | $ 59.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 32,380.94 |
| Remaining Balance | $ 10,167.56 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 70,341.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004A | Illinois Department of Revenue<br>100 W. Randolph<br>Bankruptcy Section-Level 7-425<br>Chicago, IL 60601 | $ 23,033.00 | $ 0.00 | $ 3,329.34 |
| 000007A | Department of the Treasury-Internal Revenue Service<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia, PA 19114 | $ 47,308.00 | $ 0.00 | $ 6,838.22 |
| | Total to be paid to priority creditors | | $ | 10,167.56 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,428,811.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Scalambrino & Arnoff<br>Bruce C Scalambrino<br>33 N LaSalle St, Ste 1210<br>Chicago, IL 60602 | $ 24,377.13 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | James J. Kelly, Jr.<br>James J. Kelly<br>211 Berwick Drive<br>Hilton Head Island, SC 29926 | $ 175,000.00 | $ 0.00 | $ 0.00 |
| 000003B | Larry Anderson<br>d/b/a The Jolar Group, Inc<br>c/o Lawrence Rubin,Skefsky & Froelich<br>111 E Wacker Dr<br>Chicago, IL 60601 | $ 258,174.45 | $ 0.00 | $ 0.00 |
| 000005 | Advantage Assets Inc<br>7322 Southwest Freeway Suite 1600<br>Houston, TX 77074 | $ 4,925.18 | $ 0.00 | $ 0.00 |
| 000006 | Hinsbrook Bank<br>718 Odgen Avenue<br>Downers Grove, IL 60515 | $ 1,013,025.26 | $ 0.00 | $ 0.00 |
| 000008 | Ray Kinney<br>c/o Grochocinski, Grochocinski & Lloyd, 1900 Ravinia Place<br>Orland Park, IL 60462 | $ 615,589.00 | $ 0.00 | $ 0.00 |
| 000009 | John Lehman<br>c/o Grochocinski, Grochocinski & Lloyd, 1900 Ravinia Place<br>Orland Park, IL 60462 | $ 629,589.00 | $ 0.00 | $ 0.00 |
| 000010 | Kevin Brahler<br>c/o Grochocinski, Grochocinski & Lloyd, 1900 Ravinia Place<br>Orland Park, IL 60462 | $ 625,589.00 | $ 0.00 | $ 0.00 |
| 000011 | Mark Hausmann<br>c/o Grochocinski, Grochocinski & Lloyd, 1900 Ravinia Place<br>Orland Park, IL 60462 | $ 82,542.60 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors         $_____0.00

Remaining Balance         $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 97,493.19 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | David Kaminskas<br>c/o Andrew June<br>June, Proedehl & Renzi<br>1861 Black Road<br>Joliet, IL 60435 | $ 90,332.17 | $ 0.00 | $ 0.00 |
| 000014 | American Express Travel Related Services Co, Inc<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 7,161.02 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors    $      0.00

Remaining Balance    $      0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 6,819.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004B | Illinois Department of Revenue<br>100 W. Randolph<br>Bankruptcy Section-Level 7-425<br>Chicago, IL 60601 | $ 6,819.00 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors    $      0.00

Remaining Balance    $      0.00

Prepared By: /s/GINA B. KROL
                Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 04-46862-DRC
James J Kelly III                                                         Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mgonzalez              Page 1 of 2               Date Rcvd: Apr 07, 2015
                              Form ID: pdf006              Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 09, 2015.
db            +James J Kelly III,    3849 Vardon Court,    Woodridge, IL 60517-1465
8791764       +American Express,    Risk MGMT,    PO Box 32462,    ATTN: Julie Lottes,    Columbus, OH 43232-0462
17252716       American Express Travel Related Services,    Co, Inc,    c o Becket and Lee LLP,    POB 3001,
                Malvern, PA 19355-0701
8791765       +Archer Bank,    4970 S. Archer Ave.,    Chicago, IL 60632-3623
8791767       +Business Alliance Capital Corp.,    c/o KMZ Rosenman,    525 West Monroe Street,
                Chicago, IL 60661-3629
8791768       +Citicorp,    c/o James Noonan,    Noonan & Lieberman,    105 W. Adams Suite 3000,
                Chicago, IL 60603-6228
8791770        Creditor Services,    PO Box 34139,    Indianapolis, IN 46234-0139
8791771       +David Kaminskas,    c/o Andrew June,    June, Proedehl & Renzi,    1861 Black Road,
                Joliet, IL 60435-3597
8791772       +DuPage Medical Group,    1860 Paysphere Cir.,    Chicago, IL 60674-0018
8791773       +Goldstine Skrodski,    835 McClintock,    Burr Ridge, IL 60527-0859
8791774       +Grass one,    PO Box 431,    Westmont, IL 60559-0431
8791775       +Hinsbrook Bank,    718 Odgen Avenue,    Downers Grove, IL 60515-3159
8791776       +Hinsbrook Bank,    718 Ogden Avenue,    Downers Grove, IL 60515-3159
8791777       +ICS - Connor,    PO Box 646,    Oak Lawn, IL 60454-0646
8791778      ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                CHICAGO IL 60664-0338
               (address filed with court: Illinois Department of Revenue,    100 W. Randolph,
                Bankruptcy Section-Level 7-425,    Chicago, IL 60601)
8791782       +JP Morgan,    123 Main St.,    Bensenville, IL 60106-2133
8791780       +James J. Kelly, Jr.,    James J. Kelly,    211 Berwick Drive,    Hilton Head Island, SC 29926-2291
8791781       +John Lehman,    3407 White Eagle Drive,    Naperville, IL 60564-4608
10787547      +John Lehman,    c/o Grochocinski, Grochocinski & Lloyd,,    1900 Ravinia Place,
                Orland Park, IL 60462-3760
10787579      +Kevin Brahler,    c/o Grochocinski, Grochocinski & Lloyd,,    1900 Ravinia Place,
                Orland Park, IL 60462-3760
8791783       +Larry Anderson,    d/b/a The Jolar Group, Inc,    c/o Lawrence Rubin,Skefsky & Froelich,
                111 E Wacker Dr,    Chicago, IL 60601-3713
8791785        MBNA Mastercard,    PO Box 15019,    Wilmington, DE 19850-5019
10787641      +Mark Hausmann,    c/o Grochocinski, Grochocinski & Lloyd,,    1900 Ravinia Place,
                Orland Park, IL 60462-3760
8791786       +Pullman Bank & Trust,    24 N. Washington,    Naperville, IL 60540-4539
10787548      +Ray Kinney,    c/o Grochocinski, Grochocinski & Lloyd,,    1900 Ravinia Place,
                Orland Park, IL 60462-3760
8791787       +Scalambrino & Arnoff,    Bruce C Scalambrino,    33 N LaSalle St, Ste 1210,
                Chicago, IL 60602-3416
8791788       +Steve Eldridge,    12844 Cold Springs Rd.,    Huntley, IL 60142-7462
8791789       +Valley Bank,    620 E. Main Street,    Saint Charles, IL 60174-2134
8791790       +Vilas County,    330 Court Street,    Eagle River, WI 54521-8362
8791791        Washington Mutual,    PO Box 44118,    Jacksonville, FL 32231-4118

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
8791763       +E-mail/PDF: recoverybankruptcy@afninet.com Apr 08 2015 00:53:51     AFNI - Cingular,
                PO Box 3427,    Bloomington, IL 61702-3427
10702101      +E-mail/Text: ebn@ltdfin.com Apr 08 2015 00:45:53     Advantage Assets Inc,
                7322 Southwest Freeway Suite 1600,    Houston, TX 77074-2134
8791769       +E-mail/Text: rod.support@cookcountyil.gov Apr 08 2015 00:58:07     Cook County Collector,
                County Bldg., Room 301,    118 N. Clark St.,    Chicago, IL 60602-1309
8791779        E-mail/Text: cio.bncmail@irs.gov Apr 08 2015 00:45:41
                Department of the Treasury-Internal Revenue Servic,    Centralized Insolvency Operations,
                P O Box 21126,    Philadelphia, PA 19114
8791784       +E-mail/Text: ebn@ltdfin.com Apr 08 2015 00:45:53     LTD Financial Services,
                7322 Southwest Hgwy,    Houston, TX 77074-2010
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8986529        Kelly Doyle
8791766*      +Archer Bank,    4970 S. Archer Avenue,    Chicago, IL 60632-3623
11236068*     +James J Kelly Jr,    James J Kelly,    211 Berwick Drive,    Hilton Head Island, SC 29926-2291
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: mgonzalez           Page 2 of 2              Date Rcvd: Apr 07, 2015
                              Form ID: pdf006           Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2015 at the address(es) listed below:
              Bruce C Scalambrino    on behalf of Defendant James J. Kelly, Jr. bcs@sacounsel.com
              Chad H. Gettleman    on behalf of Debtor James J Kelly III cgettleman@ag-ltd.com
              Christopher L Muniz    on behalf of Defendant James J. Kelly, Jr. clm@sacounsel.com
              E. Philip  Groben    on behalf of Trustee Gina B Krol pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Gina B Krol    on behalf of Accountant Alan D Lasko gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
              m
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
              m
              Gina B Krol, ESQ    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
               gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Gloria C  Tsotsos    on behalf of Creditor    Washington Mutual Home Loans, Inc.
               nd-two@il.cslegal.com
              John C Renzi    on behalf of Plaintiff David  Kaminskas jcrenzi@jprlaw.net
              John C Renzi    on behalf of Creditor    Insty Prints jcrenzi@jprlaw.net
              John C Renzi    on behalf of Plaintiff    Insty-Prints of Joliet jcrenzi@jprlaw.net
              John P Houlihan    on behalf of Creditor Lorinda S. Kelly jhoulihan@bhsatlaw.com
              Karen R Goodman, ESQ    kgoodman@taftlaw.com,
               il24@ecfcbis.com;sfdocket@shefskylaw.com;nbeagan@taftlaw.com
              Karen R Goodman, ESQ    on behalf of Creditor Larry  Anderson kgoodman@shefskylaw.com,
               il24@ecfcbis.com;sfdocket@shefskylaw.com;nbeagan@taftlaw.com
              Linda M Kujaca    on behalf of Trustee Gina B Krol lkujaca@gmail.com,  lkujaca@billbusters.com
              Nathan Q. Rugg    on behalf of Debtor James J Kelly III nrugg@ag-ltd.com,  lhope@ag-ltd.com
              Nathan Q. Rugg    on behalf of Defendant James J Kelly III nrugg@ag-ltd.com,  lhope@ag-ltd.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 18
```