# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| KELLY, JAMES J III | § | Case No. 04-46862 DRC |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 402,014.00<br>*(Without deducting any secured claims)* | Assets Exempt: 4,200.00 |
| Total Distributions to Claimants:  75,222.61 | Claims Discharged<br>Without Payment:  9,359,697.49 |
| Total Expenses of Administration:  82,008.10 | |

3) Total gross receipts of $ 157,230.71  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 157,230.71  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 527,411.35 | $ 120,055.05 | $ 120,055.05 | $ 65,055.05 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 82,008.10 | 82,008.10 | 82,008.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 196,500.00 | 127,704.05 | 127,704.05 | 10,167.56 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 6,287,107.19 | 3,533,123.81 | 3,533,123.81 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 7,011,018.54 | $ 3,862,891.01 | $ 3,862,891.01 | $ 157,230.71 |

4)  This case was originally filed under chapter 7 on  12/21/2004 .  The case was pending for 130 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/31/2015             By:/s/GINA B. KROL
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Household Goods | 1129-000 | 1,500.00 |
| Stock | 1129-000 | 100,000.00 |
| Partnership | 1129-000 | 50,000.00 |
| VEHICLE | 1129-000 | 2,800.00 |
| Watch | 1129-000 | 150.00 |
| Tax Refunds | 1224-000 | 0.00 |
| TAX REFUND | 1224-000 | 2,692.13 |
| Post-Petition Interest Deposits | 1270-000 | 88.58 |
| **TOTAL GROSS RECEIPTS** | | **$ 157,230.71** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Archer Bank | | 206,366.35 | NA | NA | 0.00 |
| | James J. Kelly Jr. | | 165,000.00 | NA | NA | 0.00 |
| | Washington Mutual | | 156,045.00 | NA | NA | 0.00 |
| 000003A | LARRY ANDERSON | 4110-000 | NA | 55,000.00 | 55,000.00 | 0.00 |
| | LARRY ANDERSON | 4220-000 | NA | 55,000.00 | 55,000.00 | 55,000.00 |
| 000007B | DEPARTMENT OF THE TREASURY-INTERNAL | 4300-000 | NA | 10,055.05 | 10,055.05 | 10,055.05 |
| TOTAL SECURED CLAIMS | | | $ 527,411.35 | $ 120,055.05 | $ 120,055.05 | $ 65,055.05 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 11,111.54 | 11,111.54 | 11,111.54 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 134.00 | 134.00 | 134.00 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 10.97 | 10.97 | 10.97 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 10.22 | 10.22 | 10.22 |
| ASSOCIATED BANK | 2600-000 | NA | 1,443.11 | 1,443.11 | 1,443.11 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 138.84 | 138.84 | 138.84 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CLERK OF US BANKRUPTCY COURT | 2700-000 | NA | 250.00 | 250.00 | 250.00 |
| COHEN & KROL | 3110-000 | NA | 13,341.33 | 13,341.33 | 13,341.33 |
| GINA B. KROL | 3110-000 | NA | 6,670.67 | 6,670.67 | 6,670.67 |
| COHEN & KROL | 3120-000 | NA | 248.40 | 248.40 | 248.40 |
| DIMONTE & LIZAK, LLC | 3210-000 | NA | 17,500.00 | 17,500.00 | 17,500.00 |
| DIMONTE & LIZAK, LLC | 3220-000 | NA | 100.60 | 100.60 | 100.60 |
| ALAN D. LASKO | 3410-000 | NA | 30,248.19 | 30,248.19 | 30,248.19 |
| ALAN LASKO | 3410-000 | NA | 700.00 | 700.00 | 700.00 |
| ALAN D. LASKO | 3420-000 | NA | 41.23 | 41.23 | 41.23 |
| ALAN LASKO | 3420-000 | NA | 59.00 | 59.00 | 59.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 82,008.10 | $ 82,008.10 | $ 82,008.10 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Dept of Revenue | | 5,500.00 | NA | NA | 0.00 |
| | Illinois Dept of Revenue | | 5,500.00 | NA | NA | 0.00 |
| | Vilas County | | 0.00 | NA | NA | 0.00 |
| 000007A | DEPARTMENT OF THE TREASURY-INTERNAL | 5800-000 | 60,000.00 | 47,308.00 | 47,308.00 | 6,838.22 |
| 000012A | DEPARTMENT OF THE TREASURY-INTERNAL | 5800-000 | 60,000.00 | 10,055.05 | 10,055.05 | 0.00 |
| 000012B | DEPARTMENT OF THE TREASURY-INTERNAL | 5800-000 | 60,000.00 | 47,308.00 | 47,308.00 | 0.00 |
| 000004A | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | 5,500.00 | 23,033.00 | 23,033.00 | 3,329.34 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 196,500.00 | $ 127,704.05 | $ 127,704.05 | $ 10,167.56 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Archer Bank | | 1,500,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Business Alliance Capital Corp | | 364,098.00 | NA | NA | 0.00 |
| | Cingular | | 272.19 | NA | NA | 0.00 |
| | Citicorp | | 1,532,032.00 | NA | NA | 0.00 |
| | Creditor Services | | 290.00 | NA | NA | 0.00 |
| | DuPage Medical Group | | 657.00 | NA | NA | 0.00 |
| | Goldstine Skrodski | | 6,350.00 | NA | NA | 0.00 |
| | Grass One | | 565.00 | NA | NA | 0.00 |
| | Hinsbrook Bank | | 101,412.00 | NA | NA | 0.00 |
| | Hinsbrook Bank | | 560,000.00 | NA | NA | 0.00 |
| | ICS-Conno | | 185.00 | NA | NA | 0.00 |
| | JP Morgan Chase | | 568,097.00 | NA | NA | 0.00 |
| | Kelly Doyle | | 30,000.00 | NA | NA | 0.00 |
| | LTD Financial Services | | 7,300.00 | NA | NA | 0.00 |
| | MBNA Mastercard | | 5,052.00 | NA | NA | 0.00 |
| | Regency Bank | | 350,000.00 | NA | NA | 0.00 |
| | Regency Bank | | 131,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Regency Bank | | 100,000.00 | NA | NA | 0.00 |
| | Regency Bank | | 167,270.00 | NA | NA | 0.00 |
| | Steve Eldridge | | 100,000.00 | NA | NA | 0.00 |
| | Valley Bank | | 75,000.00 | NA | NA | 0.00 |
| | Valley Bank | | 98,276.00 | NA | NA | 0.00 |
| 000005 | ADVANTAGE ASSETS INC | 7100-000 | NA | 4,925.18 | 4,925.18 | 0.00 |
| 000006 | HINSBROOK BANK | 7100-000 | 150,000.00 | 1,013,025.26 | 1,013,025.26 | 0.00 |
| 000002 | JAMES J. KELLY, JR. | 7100-000 | NA | 175,000.00 | 175,000.00 | 0.00 |
| 000009 | JOHN LEHMAN | 7100-000 | 4,000.00 | 629,589.00 | 629,589.00 | 0.00 |
| 000010 | KEVIN BRAHLER | 7100-000 | NA | 625,589.00 | 625,589.00 | 0.00 |
| 000011 | MARK HAUSMANN | 7100-000 | NA | 82,542.60 | 82,542.60 | 0.00 |
| 000008 | RAY KINNEY | 7100-000 | NA | 615,589.00 | 615,589.00 | 0.00 |
| 000001 | SCALAMBRINO & ARNOFF | 7100-000 | 26,434.00 | 24,377.13 | 24,377.13 | 0.00 |
| 000003B | LARRY ANDERSON | 7100-900 | 295,000.00 | 258,174.45 | 258,174.45 | 0.00 |
| 000014 | AMERICAN EXPRESS TRAVEL RELATED SER | 7200-000 | 0.00 | 7,161.02 | 7,161.02 | 0.00 |
| 000013 | DAVID KAMINSKAS | 7200-000 | 113,817.00 | 90,332.17 | 90,332.17 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004B | ILLINOIS DEPARTMENT OF REVENUE | 7300-000 | NA | 6,819.00 | 6,819.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 6,287,107.19 | $ 3,533,123.81 | $ 3,533,123.81 | $ 0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 04-46862    DRC    Judge: Donald R. Cassling | Trustee Name:    GINA B. KROL |
| Case Name: | KELLY, JAMES J III | Date Filed (f) or Converted (c):    12/21/04 (f) |
| | | 341(a) Meeting Date:    02/08/05 |
| For Period Ending: | 08/31/15 | Claims Bar Date:    06/21/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate | 400,000.00 | 0.00 | | 0.00 | FA |
| 2. BANK ACCONTS | 410.72 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 3,000.00 | 1,500.00 | | 1,500.00 | FA |
| 4. MUTUAL FUNDS | 2,014.00 | 0.00 | | 0.00 | FA |
| 5. Stock | 225,740.00 | 100,000.00 | | 100,000.00 | FA |
| Trustee investigating potential value net of tax consequence | | | | | |
| 6. Partnership | 960,238.00 | 50,000.00 | | 50,000.00 | FA |
| Trustee investigating potential value of these entities. Liens are claimed by Debtor's father | | | | | |
| 7. Life Insurance | Unknown | 0.00 | | 0.00 | FA |
| 8. VEHICLE | 12,000.00 | 0.00 | | 2,800.00 | FA |
| 9. WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. Watch | 150.00 | 150.00 | | 150.00 | FA |
| 11. TAX REFUND (u) | Unknown | 2,692.13 | | 2,692.13 | FA |
| 12. Possible Post Petition Bonus | Unknown | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 88.58 | Unknown |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,604,552.72 | $154,342.13 | $157,230.71 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR submitted to UST for review

March 11, 2015, 04:04 pm

Ver: 18.05

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

**FORM**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 04-46862    DRC    Judge: Donald R. Cassling | Trustee Name: |
| Case Name: | KELLY, JAMES J III | Date Filed (f) or Converted (c): |
| | | 341(a) Meeting Date: |
| | | Claims Bar Date: |

Trustee Name:    GINA B. KROL
Date Filed (f) or Converted (c):    12/21/04 (f)
341(a) Meeting Date:    02/08/05
Claims Bar Date:    06/21/06

Trustee is still trying to obtain compliance from former partners with court order regarding tax returns.

October 16, 2014, 01:43 pm

Trustee has liquidated all assets. Trustee needs to obtain tax returns from Debtor's former partners and can proceed to

close case.January 16, 2014, 12:54 pm

Initial Projected Date of Final Report (TFR): 12/31/06        Current Projected Date of Final Report (TFR): 06/30/15

/s/    GINA B. KROL

_____ Date: 08/31/15

GINA B. KROL

FORM 2                                                                                                       Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                           Exhibit 9

| Case No: | 04-46862 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | KELLY, JAMES J III | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0121  Checking Account |
| Taxpayer ID No: | *******0144 | | | |
| For Period Ending: | 08/31/15 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 10,055.53 | | 10,055.53 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.20 | 10,049.33 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.40 | 10,042.93 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.19 | 10,036.74 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.39 | 10,030.35 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.91 | 10,015.44 |
| 02/13/13 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 8.68 | 10,006.76 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.45 | 9,993.31 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.86 | 9,978.45 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.36 | 9,964.09 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.81 | 9,949.28 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.31 | 9,934.97 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.77 | 9,920.20 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.75 | 9,905.45 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.25 | 9,891.20 |
| 11/04/13 | 5 | John Lehman | Balance of Settlement from Stock | 1129-000 | 50,000.00 | | 59,891.20 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.71 | 59,876.49 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 78.94 | 59,797.55 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 88.90 | 59,708.65 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 88.77 | 59,619.88 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 80.06 | 59,539.82 |
| 04/01/14 | 030002 | International Sureties Ltd. | BOND | 2300-000 | | 52.48 | 59,487.34 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 88.52 | 59,398.82 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 85.48 | 59,313.34 |

Page:    2

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 04-46862 -DRC |
| Case Name: | KELLY, JAMES J III |
| | |
| Taxpayer ID No: | *******0144 |
| For Period Ending: | 08/31/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0121  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 88.18 | 59,225.16 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 85.21 | 59,139.95 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 87.93 | 59,052.02 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 87.79 | 58,964.23 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 84.84 | 58,879.39 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 87.54 | 58,791.85 |
| 11/19/14 | 030003 | Alan D. Lasko<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Accountant Fees per Court Order | 3410-000 | | 5,876.40 | 52,915.45 |
| 11/19/14 | 030004 | Alan D. Lasko<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Accountant Expenes per Court Order | 3420-000 | | 41.23 | 52,874.22 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 83.74 | 52,790.48 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 78.48 | 52,712.00 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 78.37 | 52,633.63 |
| 02/10/15 | 030005 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY  10165 | | 2300-000 | | 30.08 | 52,603.55 |
| 04/24/15 | 030006 | Clerk of US Bankruptcy Court<br>219 S. Dearborn St.<br>7th Floor<br>Chicago, IL 60604 | Final Distribution<br>Deferred Filing Fee | 2700-000 | | 250.00 | 52,353.55 |
| 04/24/15 | 030007 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys' Fees per Court Order | 3110-000 | | 13,341.33 | 39,012.22 |
| 04/24/15 | 030008 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys' Expenses per Court Order | 3120-000 | | 248.40 | 38,763.82 |

Ver: 18.05

FORM 2                                                                                                    Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                        Exhibit 9

| | |
|---|---|
| Case No: | 04-46862 -DRC |
| Case Name: | KELLY, JAMES J III |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0121  Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******0144 |
| For Period Ending: | 08/31/15 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/24/15 | 030009 | Alan Lasko<br>LASKO & ASSOCIATES<br>29 S. La Salle Street<br>Suite 1240<br>Chicago, IL 60603 | Final Distribution<br>Accountant Fees per Court Order | 3410-000 | | 700.00 | 38,063.82 |
| 04/24/15 | 030010 | Alan Lasko<br>LASKO & ASSOCIATES<br>29 S. La Salle Street<br>Suite 1240<br>Chicago, IL 60603 | Final Distribution<br>Accountant Expenes per Court Order | 3420-000 | | 59.00 | 38,004.82 |
| 04/24/15 | 030011 | Gina B. Krol<br>105 W. Madison St.<br>Ste. 1100<br>Chicago, IL 60602 | Final Distribution<br>Trustee's Fees | 2100-000 | | 11,111.54 | 26,893.28 |
| 04/24/15 | 030012 | Gina B. Krol<br>105 W. Madison St.<br>Chicago, IL 60602 | Final Distribution<br>Attorney's Fees | 3110-000 | | 6,670.67 | 20,222.61 |
| 04/24/15 | 030013 | Illinois Department of Revenue<br>100 W. Randolph<br>Bankruptcy Section-Level 7-425<br>Chicago, IL 60601 | Final Distribution<br>(4-1) Illinois Income Tax Years<br>1998 & 1999 | 5800-000 | | 3,329.34 | 16,893.27 |
| 04/24/15 | 030014 | Department of the Treasury-Internal<br>Revenue Service<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia, PA 19114 | Final Distribution<br>(7-1) modified on 5/15/06 to<br>correct creditor address | 5800-000 | | 6,838.22 | 10,055.05 |
| 04/24/15 | 030015 | Department of the Treasury-Internal<br>Revenue Service<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia, PA 19114 | Final Distribution<br>(7-1) modified on 5/15/06 to<br>correct creditor address | 4300-000 | | 10,055.05 | 0.00 |

FORM 2                                                                                                      Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                          Exhibit 9

| Case No: | 04-46862  -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | KELLY, JAMES J III | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0121  Checking Account |
| Taxpayer ID No: | *******0144 | | |
| For Period Ending: | 08/31/15 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Account | *******0121 | | Balance Forward | | 0.00 | | | |
|---|---|---|---|---|---|---|---|---|
| | | 1 | Deposits | | 50,000.00 | 15 | Checks | 58,612.42 |
| | | 0 | Interest Postings | | 0.00 | 29 | Adjustments Out | 1,443.11 |
| | | | Subtotal | $ | 50,000.00 | 0 | Transfers Out | 0.00 |
| | | | | | | | Total | $  60,055.53 |
| | | 0 | Adjustments In | | 0.00 | | | |
| | | 1 | Transfers In | | 10,055.53 | | | |
| | | | Total | $ | 60,055.53 | | | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| Case No: | 04-46862 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | KELLY, JAMES J III | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4192 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0144 | | | |
| For Period Ending: | 08/31/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 10/02/06 | 3, 8, 10 | James Kelly 120 S. Deerpath Barrington, IL 60010 | Sale of Property | 1129-003 | 4,450.00 | | 4,450.00 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.20 | | 4,451.20 |
| * 11/06/06 | 3, 8, 10 | James Kelly 120 S. Deerpath Barrington, IL 60010 | Sale of Property Replaces personal check for purchase of non-exempt property | 1129-003 | -4,450.00 | | 1.20 |
| 11/06/06 | 3, 8, 10 | James Kelly 120 S. Deerpath Barrington, IL 60010 | Sale of Property | 1129-000 | 4,450.00 | | 4,451.20 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.80 | | 4,454.00 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.78 | | 4,457.78 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.79 | | 4,461.57 |
| 02/15/07 | 000301 | International Sureties, Ltd. Suite 500 203 Carondelet Street New Orleans, LA 70130 | BOND BOND | 2300-000 | | 3.44 | 4,458.13 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.42 | | 4,461.55 |
| 03/19/07 | 11 | Internal Revenue Service | 2003 Tax Refund | 1224-000 | 566.18 | | 5,027.73 |
| 03/19/07 | | Internal Revenue Service | 2005 Tax Refund | 1224-000 | 11,335.62 | | 16,363.35 |
| 03/22/07 | 000302 | Internal Revenue Service | Return of Post-Petition Tax Refund | 1224-000 | -11,335.62 | | 5,027.73 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.37 | | 5,035.10 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.39 | | 5,040.49 |
| 05/30/07 | 11 | State of Illinois Department of Revenue | 2004 Income Tax Refund | 1224-000 | 2,125.95 | | 7,166.44 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.28 | | 7,170.72 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.71 | | 7,176.43 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.10 | | 7,182.53 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.10 | | 7,188.63 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 4.57 | | 7,193.20 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

Exhibit 9

| Case No: | 04-46862 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | KELLY, JAMES J III | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4192 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0144 | | |
| For Period Ending: | 08/31/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 4.59 | | 7,197.79 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 3.85 | | 7,201.64 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 3.44 | | 7,205.08 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 2.85 | | 7,207.93 |
| 02/11/08 | 000303 | International Sureties, Ltd. | BOND | 2300-000 | | 6.78 | 7,201.15 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 1.71 | | 7,202.86 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.70 | | 7,204.56 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.48 | | 7,206.04 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.91 | | 7,206.95 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.90 | | 7,207.85 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.92 | | 7,208.77 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.91 | | 7,209.68 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.90 | | 7,210.58 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.70 | | 7,211.28 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.58 | | 7,211.86 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.37 | | 7,212.23 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,212.29 |
| 02/17/09 | 000304 | International Sureties Ltd. | BOND | 2300-000 | | 5.62 | 7,206.67 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,206.73 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,206.79 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 7,206.95 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,207.13 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,207.31 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,207.49 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,207.67 |

FORM 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 04-46862 -DRC | |
| Case Name: | KELLY, JAMES J III | |
| Taxpayer ID No: | *******0144 | |
| For Period Ending: | 08/31/15 | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4192  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,207.85 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,208.03 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,208.21 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,208.39 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,208.57 |
| 02/09/10 | 000305 | International Sureties Ltd. | BOND | 2300-000 | | 5.35 | 7,203.22 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 7,203.39 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.19 | | 7,203.58 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,203.76 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,203.94 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.19 | | 7,204.13 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,204.31 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.19 | | 7,204.50 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,204.68 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,204.86 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,205.04 |
| 12/20/10 | 6 | John Lehman | Sale of Stock | 1129-000 | 50,000.00 | | 57,205.04 |
| | | | Initial payment on settlement agreement purchasing estate's minority interests in various corporate entities | | | | |
| 12/29/10 | 000306 | DiMonte & Lizak, LLC | Attorney's fees per court order | 3210-000 | | 17,500.00 | 39,705.04 |
| | | 216 W. Higgins Rd. | | | | | |
| | | Park Ridge, IL 60068 | | | | | |
| 12/29/10 | 000307 | DiMonte & Lizak, LLC | Attorney's expenses per court order | 3220-000 | | 100.60 | 39,604.44 |
| | | 216 W. Higgins Rd. | | | | | |
| | | Park Ridge, IL 60068 | | | | | |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 0.83 | | 39,605.27 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.15 | | 39,606.42 |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 18)*

FORM 2                                                                                          Page: 8
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                              Exhibit 9

| Case No: | 04-46862 -DRC | | | Trustee Name: | GINA B. KROL | |
| Case Name: | KELLY, JAMES J III | | | Bank Name: | BANK OF AMERICA, N.A. | |
| | | | | Account Number / CD #: | *******4192 Money Market Account (Interest Earn | |
| Taxpayer ID No: | *******0144 | | | | | |
| For Period Ending: | 08/31/15 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/07/11 | 000308 | International Sureties Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | BOND BOND | 2300-000 | | 33.60 | 39,572.82 |
| 02/21/11 | 000309 | Larry Anderson c/o Ms. Karen Goodman SHEFSKY & FORELICH, LTD. 111 E. Wacker Drive, Suite 2800 Chicago, IL 60601 | Partial Payment on Secured Claim | 4220-000 | | 25,000.00 | 14,572.82 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.28 | | 14,573.10 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 14,573.22 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 14,573.34 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 14,573.47 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 14,573.59 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 14,573.71 |
| 08/15/11 | 5 | The Maclyn Group | Sale of Stock 2nd installment payment on settlement agreement to purchase minority interest in various entities | 1129-000 | 50,000.00 | | 64,573.71 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 64,574.03 |
| * 09/12/11 | 000310 | Alan D. Lasko 29 S. LaSalle St. Suite 1240 Chicago, IL 60603 | Accountant's fees per court order | 3410-003 | | 6,825.50 | 57,748.53 |
| * 09/12/11 | 000310 | Alan D. Lasko 29 S. LaSalle St. Suite 1240 Chicago, IL 60603 | Accountant's fees per court order wrong amount | 3410-003 | | -6,825.50 | 64,574.03 |
| * 09/12/11 | 000311 | Alan D. Lasko 29 S. LaSalle St. Suite 1240 Chicago, IL 60603 | Accountant's expenses per court ord | 3410-003 | | 22.50 | 64,551.53 |

LFORM2T4 **UST Form 101-7-TDR (10/1/2010)** *(Page: 19)*                        Ver: 18.05

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 04-46862 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | KELLY, JAMES J III | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4192  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0144 | | | |
| For Period Ending: | 08/31/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 09/12/11 | 000311 | Alan D. Lasko<br>29 S. LaSalle St.<br>Suite 1240<br>Chicago, IL 60603 | Accountant's expenses per court ord<br>wrong amount | 3410-003 | | -22.50 | 64,574.03 |
| 09/12/11 | 000312 | Larry Anderson<br>c/o Ms. Karen Goodman<br>SHEFSKY & FORELICH, LTD.<br>111 E. Wacker Drive, Suite 2800<br>Chicago, IL 60601 | Final Payment on Secured Claim | 4220-000 | | 30,000.00 | 34,574.03 |
| 09/12/11 | 000313 | Alan D. Lasko<br>29 S. LaSalle St.<br>Suite 1240<br>Chicago, IL 60603 | Accountant's fees per court order | 3410-000 | | 24,371.79 | 10,202.24 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.36 | | 10,202.60 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,202.69 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.00 | 10,189.69 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,189.77 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.56 | 10,177.21 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,177.29 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.55 | 10,164.74 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,164.83 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.33 | 10,151.50 |
| 02/06/12 | 000314 | International Sureties<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA  70139 | BOND<br>BOND | 2300-000 | | 9.16 | 10,142.34 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,142.42 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.06 | 10,130.36 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,130.44 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.46 | 10,117.98 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,118.07 |

FORM 2                                                                                      Page:   10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                          Exhibit 9

| Case No: | 04-46862  -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | KELLY, JAMES J III | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4192  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0144 | | |
| For Period Ending: | 08/31/15 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.85 | 10,105.22 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,105.31 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.84 | 10,092.47 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,092.55 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.00 | 10,080.55 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,080.64 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.22 | 10,067.42 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 10,067.50 |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 11.97 | 10,055.53 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 10,055.53 | 0.00 |

| | | Account  *******4192 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|---|
| | 8 | Deposits | 107,142.13 | | 16 | Checks | 97,036.34 |
| | 71 | Interest Postings | 88.58 | | 11 | Adjustments Out | 138.84 |
| | | | | | 1 | Transfers Out | 10,055.53 |
| | | Subtotal | $  107,230.71 | | | | |
| | | | | | | Total | $  107,230.71 |
| | 0 | Adjustments In | 0.00 | | | | |
| | 0 | Transfers In | 0.00 | | | | |
| | | Total | $  107,230.71 | | | | |

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:      04-46862  -DRC
Case Name:    KELLY, JAMES J III

Taxpayer ID No:  *******0144
For Period Ending:  08/31/15

Trustee Name:      GINA B. KROL
Bank Name:         BANK OF AMERICA, N.A.
Account Number / CD #:   *******4192  Money Market Account (Interest Earn

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Report Totals

| | | | |
|---|---|---|---|
| | Balance Forward | 0.00 | |
| 9 | Deposits | 157,142.13 | 31 Checks 155,648.76 |
| 71 | Interest Postings | 88.58 | 40 Adjustments Out 1,581.95 |
| | | | 1 Transfers Out 10,055.53 |
| | Subtotal | $ 157,230.71 | |
| | | | Total $ 167,286.24 |
| 0 | Adjustments In | 0.00 | |
| 1 | Transfers In | 10,055.53 | |
| | Total | $ 167,286.24 | Net Total Balance $ 0.00 |

/s/   GINA B. KROL

Trustee's Signature: _____   Date: 08/31/15
GINA B. KROL